No. 570. JOHN F. DONAHUE *v.* HELEN MAY DONAHUE, ALIAS HELEN MAY HUSKEY. Appeal from the District Court of the United States for the District of Nevada. Motion to dismiss submitted May 17, 1920. Decided June 1, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. George C. Otto* and *Mr. John Gibson Hale* for appellant. *Mr. H. W. Huskey* for appellee.